

JDR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
JAN 24 2024
CHRISTOPHER EKMAN
CLERK

| UNITED STATES OF AMERICA | * | CRIM. NO. 24-12-KD |
| --- | --- | --- |
|  | * | USAO NO. 23R00329 |
| v. | * |  |
|  | * | VIOLATIONS: 18 USC § 933(a)(3) |
| **JHYKEZ LABARRON ADAMS,** | * | 18 USC § 922(o) |
| aka "HEAD," and | * | 26 USC § 5861(d) |
| **JAMARION ANT'JWAN LICHARLES** | * |  |
| **ADAMS** | * |  |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT ONE
#### Firearms Trafficking Conspiracy
#### Title 18, United States Code, Section 933(a)(3)

From on or about June 5, 2023, to on or about July 13, 2023, the exact dates being unknown, in the Southern District of Alabama, Southern Division, the defendants,

**JHYKEZ LABARRON ADAMS, aka "HEAD," and
JAMARION ANT'JWAN LICHARLES ADAMS,**

willfully, knowingly, and unlawfully combined, conspired, confederated, and agreed together with one another, and with other persons, both known and unknown to the Grand Jury, (1) to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, namely, a Glock, model 19 Gen 5, 9x19mm caliber firearm, serial number BYYW603, equipped with a machinegun-conversion device, commonly referred to as a "Glock switch," to another person in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony, and attempted to do so, in violation of Title 18, United States Code, Section 933(a)(1); and (2) to receive from another person, in and

affecting commerce, a firearm, namely, a Glock, model 19 Gen 5, 9x19mm caliber firearm, serial number BYYW603, equipped with a machinegun-conversion device, commonly referred to as a "Glock switch," knowing and having reasonable cause to believe that such receipt would constitute a felony, and attempted to do so, in violation of Title 18, United States Code, Section 933(a)(2).

All in violation of Title 18, United States Code, Section 933(a)(3).

## COUNT TWO
## Illegal Possession of a Machinegun
## Title 18, United States Code, Section 922(o)

Between on or about July 10, 2023, and on or about July 13, 2023, the exact dates being unknown, in the Southern District of Alabama, Southern Division, the defendants,

**JHYKEZ LABARRON ADAMS, aka "HEAD," and
JAMARION ANT'JWAN LICHARLES ADAMS,**

aiding and abetting one another, knowingly possessed a machinegun, namely, a Glock, model 19 Gen 5, 9x19mm caliber firearm, serial number BYYW603, equipped with a machinegun-conversion device, commonly referred to as a "Glock switch."

In violation of Title 18, United States Code, Section 922(o) and Title 18, United States Code, Section 2.

## COUNT THREE
## Possession of an Unregistered Firearm
## Title 26, United States Code, Section 5861(d)

Between on or about July 10, 2023, and on or about July 13, 2023, the exact dates being unknown, in the Southern District of Alabama, Southern Division, the defendants,

**JHYKEZ LABARRON ADAMS, aka "HEAD," and
JAMARION ANT'JWAN LICHARLES ADAMS,**

aiding and abetting one another, knowingly possessed a firearm, namely, Glock, model 19 Gen 5, 9x19mm caliber firearm, serial number BYYW603, equipped with a machinegun-conversion

2

device, commonly referred to as a "Glock switch," not registered to the defendants in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Section 5861(d) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

JUSTIN D. ROLLER
Assistant United States Attorney

SEAN P. COSTELLO by Kasee Heisterhagen
SEAN P. COSTELLO
United States Attorney                    JANUARY 2024

3